FILED
August 14, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: DT
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **SEALED** |
| | § | |
| **Plaintiff,** | § | |
| | § | **Case No: EP:24-CR-01740-LS** |
| **v.** | § | |
| | § | |
| **BRANDON GARCIA,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**GOVERNMENT'S MOTION TO SEAL INDICTMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and files this Motion to Seal Indictment in the above numbered cause and would show the Court as follows:

On **August 14, 2024**, the Grand Jury returned a True Bill of Indictment, charging the above-named defendant in the above numbered cause. The disclosure of the existence of the Indictment would seriously jeopardize the ability of law enforcement officers to locate the Defendant and apprehend Defendant without incident. The Government therefore seeks an Order of the Court placing the Indictment and related documents concerning the above-named Defendant in the above numbered cause under seal. **When the Defendant is arrested, the Indictment and related documents will be unsealed.**

Accordingly, the United States respectfully requests that the Indictment in the above entitled and numbered cause and this Motion and Order be sealed until further order of this Court or until the Defendant is arrested.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: ______________________________

JOHN S. JOHNSTON
Assistant U.S. Attorney
New Mexico Bar #23391
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884