**FILED**
August 14, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: DT
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **Case No: EP:24-CR-01740-LS** |
| | § | |
| **Plaintiff,** | § | **<u>SEALED</u>** |
| | § | **<u>INDICTMENT</u>** |
| **v.** | § | |
| | § | **CT 1:** 21:841(a)(1)-Possession of a Controlled Substance with Intent to Distribute; |
| **BRANDON GARCIA,** | § | |
| | § | |
| **Defendant.** | § | . |
| | § | |

THE GRAND JURY CHARGES:

**<u>COUNT ONE</u>**

That on or about July 20, 2023, in the Western District of Texas, Defendant,

**BRANDON GARCIA,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (otherwise known as fentanyl), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

A TRUE BILL.

[redacted]

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: ______________________
Assistant U.S. Attorney